IN RE RESIGNATION OF STIMMEL.

[Cite as *In re Resignation of Stimmel* (2000), 88 Ohio St.3d 1232.]

(No. 99–2202—Submitted March 8, 2000—Decided March 16, 2000.)